(110 So. 926)

Arthur TRAVIS v. CITY OF TUSCALOOSA. (6 Div. 104.) (Court of Appeals of Alabama.

Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

SAMFORD, J. Appeal dismissed.